UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES E. HOUSE                                                               PLAINTIFF

v.                                                      CIVIL ACTION NO. 3:09CV-P938-H

DEBBIE C. *et al.*                                                DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff's state-law claims also are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over the claims.

There being no just reason for delay in its entry, this is a final Order.

All pending motions are **DENIED as moot**.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:       Plaintiff, *pro se*
4412.010